IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–00126–EWN–OES

RANDALL S. ASHER, D.D.S., M.S.,

    Plaintiff,

v.

JOHNSON & JOHNSON COMPANY and
McNEIL-PPC, INC.,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

    This matter is before the court on the "Stipulated Motion for Dismissal" filed June 28, 2005. The court having read the stipulated motion filed herein, and now being fully advised in the premises, it is

    **ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

    DATED this  11  day of July, 2005.

                            BY THE COURT:

                            s/Edward W. Nottingham
                            EDWARD W. NOTTINGHAM
                            United States District Judge